FORM 8. Entry of Appearance                                                                 Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc.    v.    Boston Scientific Corporation

No. 15-1996

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Mirowski Family Ventures, LLC
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: John F. Presper
Law Firm: Oblon, McClelland, Maier and Neustadt, LLP
Address: 1940 Duke Street
City, State and Zip: Alexandria, VA 22314
Telephone: 703-413-3000
Fax #: 703-412-2220
E-mail address: jpresper@oblon.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 25, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 11, 2015    Signature of pro se or counsel  /s/ John F. Presper

cc: Martin R. Lueck, Esq.
    J. Michael Jakes, Esq.

Reset Fields

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on [September 11, 2015] by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Arthur I. Neustadt | /s/ Arthur I. Neustadt |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Oblon, McClelland, Maier and Neustadt

Address: 1940 Duke Street

City, State, ZIP: Alexandria, VA 22314

Telephone Number: (703) 413-3000

FAX Number: (703) 413-2220

E-mail Address: aneustadt@oblon.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.