# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic Inc.     v.     Boston Scientific Corporation

No. 15-1996

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Medtronic Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☐ Appellant      ☒ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Stacie E. Oberts
Law Firm: Robins Kaplan LLP
Address: 2800 LaSalle Plaza, 800 LaSalle Avenue
City, State and Zip: Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Fax #: 612-339-4181
E-mail address: soberts@robinskaplan.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 29, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 15, 2015     Signature of pro se or counsel /s/ Stacie E. Oberts

cc: Arthur I. Neustadt
    J. Michael Jakes

Reset Fields

FORM 30. Certificate of Service

Form 30

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  September 15, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Martin R. Lueck | /s/ Martin R. Lueck |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Robins Kaplan LLP |
| Address | 2800 LaSalle Plaza, 800 LaSalle Avenue |
| City, State, Zip | Minneapolis, MN 55402-2015 |
| Telephone Number | 612-349-8500 |
| Fax Number | 612-339-4181 |
| E-Mail Address | mlueck@robinskaplan.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields