2015-1996, -2074, -2075

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

MEDTRONIC INC.,

*Plaintiff-Cross-Appellant,*

v.

MIROWSKI FAMILY VENTURES, LLC,

*Defendant-Appellant,*

and

GUIDANT CORPORATION and
BOSTON SCIENTIFIC CORPORATION,

*Defendants-Appellants.*

Appeals from the United States District Court for the District of Delaware
in Case No. 1:07-cv-00823-SLR, District Judge Sue L. Robinson

**PLAINTIFF-CROSS-APPELLANT'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Circuit Rule 26(b), Plaintiff-Cross-Appellant Medtronic, Inc. ("Medtronic") hereby moves for a fourteen (14) day enlargement of time to file its principal brief.

Medtronic's principal brief is currently due on December 31, 2015. Medtronic requests a 14-day extension of time, until and to include January 14, 2016, in addition to the 40 days provided by the Federal Circuit Rules. No previous enlargement of time for the filing of this brief has been requested by or granted to the movant.

Counsel for Defendant-Appellants Mirowski Family Ventures, L.L.C. and Guidant Corporation and Boston Scientific Corporation have advised that they will not oppose this motion.

## CONCLUSION

For the foregoing reasons, Plaintiff-Cross-Appellant respectfully requests that an order be entered extending the period for it to file its principal brief to and including January 14, 2015.

Dated: December 2, 2015       Respectfully submitted,

/s/ Stacie E. Oberts
Martin R. Lueck
Stacie E. Oberts
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

Attorneys for Plaintiff-Cross-Appellant,
MEDTRONIC INC.

## CERTIFICATE OF SERVICE

I certify that on December 2, 2015, this PLAINTIFF-CROSS-APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically using the CM/ECF system and served via the CM/ECF system on all counsel of record.

/s/ Stacie E. Oberts