NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC, INC.,**
*Plaintiff-Cross-Appellant*

v.

**BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION, MIROWSKI FAMILY VENTURES, LLC,**
*Defendants-Appellants*

---

2015-1996, -2074, -2075

---

Appeals from the United States District Court for the District of Delaware in No. 1:07-cv-00823-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Medtronic, Inc.'s unopposed motion for a 14-day extension of time, until January 14, 2016, to file its principal brief,

IT IS ORDERED THAT:

The motion is granted.

2   MEDTRONIC, INC. v. BOSTON SCIENTIFIC CORPORATION

          FOR THE COURT

          /s/ Daniel E. O'Toole
          Daniel E. O'Toole
          Clerk of Court

s26