NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC, INC.,**
*Plaintiff-Cross-Appellant*

v.

**MIROWSKI FAMILY VENTURES, LLC,**
*Defendants-Appellants*

v.

**BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION,**
*Defendants-Cross-Appellants*

---

2015-1996, -2074, -2075

---

Appeals from the United States District Court for the District of Delaware in No. 1:07-cv-00823-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Boston Scientific Corporation and Guidant Corporation's (collectively "Boston Scientific") motion to reform the caption and response to the

court's order to show cause as to why 2015-2074 should not be dismissed as an improper cross-appeal,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The briefing schedule is as follows: Medtronic Inc.'s opening brief is due January 14, 2016. Boston Scientific's opening brief is due within 40 days of Medtronic's opening brief. Mirowski's response/reply brief is due within 40 days thereafter. Medtronic's reply brief is due within 14 days of the filing of Mirowski's response/reply. Boston Scientific's reply brief is due within 14 days of Medtronic's reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25